# Exhibit 4

| Law Firm | Hours | Fees | Costs |
|---|---|---|---|
| Outten & Golden LLP | 255.6 | $ 140,578.00 | $ 6,460.50 |
| Shavitz Law Group, P.A. | 167.1 | $ 84,690.00 | $ 4,409.18 |
| Sommers Schwartz, P.C. | 165 | $ 70,000.00 | $ 2,756.42 |
| **Total** | **587.7** | **$ 295,268.00** | **$ 13,626.10** |

The lodestar multiplier calculated by Plaintiffs is 3.10.