IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TONYA HERBIN, JENNIFER TABOR, and BRETT TYSON, individually and on behalf all others similarly situated | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 19-696 |
| v. | ) ) | Judge Cathy Bissoon |
| THE PNC FINANCIAL SERVICES GROUP, INC. and PNC BANK, N.A., | ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

FINAL JUDGMENT hereby is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure. This case has been marked closed.

IT IS SO ORDERED.

January 27, 2020

s\Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via ECF email notification):

All Counsel of Record